UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

IN ADMIRALTY

YOLANDA COOKE

    Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES, LTD.,
a foreign corporation

    Defendant.
_____/

**COMPLAINT**

**COMES NOW**, the Plaintiff, YOLANDA COOKE by and through undersigned counsel, and sues the Defendant, ROYAL CARIBBEAN CRUISES, LTD., a foreign corporation, and further states as follows:

GENERAL ALLEGATIONS

1. This is a cause of action which is brought in the District Court for the Southern District, Florida pursuant to 46 U.S.C. App. Section 740 and Rule 9(h) of the Federal Rules of Civil Procedure and the forum selection clause of Plaintiff's passenger cruise ticket with Defendant.  There is no diversity of citizenship. Plaintiff is a *sui juris* resident and citizen of the state of Florida.  This is a maritime cause of action.

2. Plaintiff has complied with all conditions precedent to bringing this action.

3. Defendant is a foreign corporation which is licensed to do business in Florida as a cruise line.  Defendant's base of operations is in Miami, Dade County, Florida.

COUNT ONE-NEGLIGENCE

4. Plaintiff realleges paragraphs One through Three as if set forth herein.

5. On or about October 25, 2012, Plaintiff was a fare paying, *sui juris*, passenger on Defendant's vessel MONARCH OF THE SEAS.

6. At all times material Defendant owed Plaintiff a duty of reasonable care in the circumstances aboard its vessel.

7. Notwithstanding Defendant's duty as aforesaid, Defendant breached its duty by unreasonably:

   a. Failing to warn of the dangers of using a women's restroom on a public deck, and/or;

   b. Failing to maintain a women's restroom in a reasonably safe manner, and/or;

   c. Failing to train an employee to properly keep a public restroom clean and dry, and/or;

   d. Failing to have a non-skid or non-slip floor surface in a women's restroom, and/or;

   e. Failing to keep a public restroom floor clean and dry, and/or;

8. Plaintiff attempted to enter a women's restroom on a public deck. There was a large amount of water on the floor inside the restroom. When Plaintiff opened the door, and entered the restroom, she slipped and fell on the floor on a large amount of water on the floor.

9. At all times, the Defendant either created the dangerous conditions of which Plaintiff complains and/or the dangerous conditions existed for a sufficient period of time that Defendant had constructive knowledge of the dangerous conditions and/or Defendant had actual knowledge of the dangerous conditions hereinbefore alleged in paragraph seven to have caused or contributed to causing Plaintiff's injury, and/or other passengers both prior to and after Plaintiff had injured themselves in the same manner that caused Plaintiff to be injured. A female employee of Defendant was inside the restroom mopping the floor with paper towels but had failed to place a warning sign inside or outside the restroom.

10. At all times, Plaintiff was acting with due care for her own safety.

11. At all times material hereto, Defendant was in direct control of (owned and/or operated) the vessel where Plaintiff was injured.

12. As a result of the negligence of the Defendant as aforesaid, the Plaintiff was injured in and about her body and extremities and suffered pain, embarrassment, mental and emotional distress and anguish therefrom; suffered scarring and disfigurement; incurred medical expense and physical handicap; an aggravation of known and/or unknown pre-existing medical conditions; lost the value and enjoyment of her cruise; suffered a loss of the ability to enjoy life; and a loss of earnings in the past and earning capacity in the future. Said personal injuries are permanent and/or continuing in nature and the Plaintiff shall continue to suffer such impairments in the future.

WHEREFORE, Plaintiff demands judgment from Defendant for damages, pre-judgment interest and costs.

DATED this 11th day of October, 2013.

                    HOFFMAN LAW FIRM
                    2881 East Oakland Park Blvd.
                    Fort Lauderdale, FL 33306
                    Telephone: (954) 563-8111
                    Fax: (954) 563-8171

By:   *//s// Paul M. Hoffman, Esq.*
       PAUL M. HOFFMAN, ESQ.
       Florida Bar No:   0279897